JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAOS CHUMAN, | Case No. CV 10-9673-PA (DTB) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| TERRI GONZALEZ, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: June 9, 2011

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

1